<HTML>
<HEAD>
<META NAME="Generator" CONTENT="WordPerfect 9">
<TITLE></TITLE>
</HEAD>
<BODY TEXT="#000000" LINK="#0000ff" VLINK="#551a8b" ALINK="#ff0000" BGCOLOR="#c0c0c0">


TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN











NO. 03-99-00373-CV










Odie E. Davis, III, Jamette Davis, Individually and d/b/a Proline Construction



Company, Inc., Appellants





v.






Albert G. Cisneros, An Individual, and d/b/a Cisneros Electric, Appellee











FROM THE COUNTY COURT AT LAW NO. 2 OF BEXAR COUNTY



NO. 241,197, HONORABLE CLAUDE D. DAVIS, JUDGE PRESIDING 









PER CURIAM




Odie E. Davis, III, Jamette Davis, Individually and d/b/a Proline Construction
Company, Inc., have filed a motion to dismiss appeal with prejudice. We grant appellants' motion
and dismiss the appeal. See Tex. R. App. P. 42.1(a)(1).





Before Chief Justice Aboussie, Justices Kidd and Patterson



Dismissed on Appellants' Motion



Filed: August 12, 1999



Do Not Publish


</BODY>
</HTML>